IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02349-RPM

GEORGE WOLLETT,

        Plaintiff,

v.

MENDOTA INSURANCE COMPANY,

        Defendant.

_____

## ORDER GRANTING MOTION TO AMEND COMPLAINT
_____

Upon consideration of the plaintiff's Motion to Amend Complaint [6] filed today, it is

ORDERED that the motion is granted and the Amended Complaint attached thereto is deemed filed.

DATED: November 15th, 2007

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge