IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02349-RPM

GEORGE WOLLETT,

        Plaintiff,

v.

MENDOTA INSURANCE COMPANY,

        Defendant.

_____

ORDER DENYING MOTION TO REMAND
_____

        This civil action was removed from the District Court, Boulder County, State of Colorado, based on jurisdiction granted by 28 U.S.C. § 1332(a). On November 19, 2007, the plaintiff filed a motion to remand, contending that the defendant has failed to show that the amount in controversy exceeds $75,000. The amended complaint, filed by the plaintiff in this court on November 15, 2007, alleges bad faith and breach of contract for the failure to pay $8,000 on an underinsured motorist claim and asserts as damages anxiety, stress, emotional distress and impairment in quality of life without quantification. In the Notice of Removal, the defendant has informed that plaintiff's counsel advised that he could not stipulate that the amount in controversy is less than $75,000. Attached to the Notice of Removal is a form used in the state court concerning C.R.C.P. 16.1, asserting that the party was seeking a money judgment for more than $100,000. In the motion to remand, the plaintiff has avoided the issue of the

amount in controversy and attached an opinion of another judge of this court that the court should not look to the state court form to determine that amount. The amount in controversy is a matter controlled by the plaintiff and in the absence of an unequivocal statement that the plaintiff is not claiming more than $75,000, the Court must grant to the defendant the statutory right to remove this civil action to this court. Accordingly, it is

    ORDERED that the motion to remand is denied.

    DATED: November 21st, 2007

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior Judge