IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02349-RPM

GEORGE WOLLETT,

              Plaintiff,

v.

MENDOTA INSURANCE COMPANY,

              Defendant.

_____

ORDER DENYING MOTION TO STRIKE PLAINTIFF'S REFERENCES TO OFFERED SETTLEMENT AMOUNT
_____

      Upon review of the Defendant's Motion to Strike Plaintiff's References to Offered Settlement Amount, filed November 26, 2007 [13], it is

      ORDERED that the motion is denied.

      DATED: November 27th, 2007

                                BY THE COURT:

                                s/ Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge