IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-cv-02349-RPM-MJW

GEORGE WOLLETT,

    Plaintiff,

v.

MENDOTA INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before this Court on the Stipulation for Dismissal with Prejudice of Plaintiff's Claims Against Mendota Insurance Company, and the Court being adequately advised of the premises;

Orders that this matter is dismissed with prejudice, each party to bear his or its own costs.

Dated: December 21st, 2007.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                United States District Court Judge